IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v.

LAMAR FIELDS,

          Defendant.

CRIMINAL ACTION
NO. 15-129

## ORDER

**AND NOW**, this 12th day of April 2016, upon consideration of Defendant Lamar Fields' Pre-Trial Omnibus Motions (Doc. Nos. 25, 26, 56, 70), the Government's Responses (Doc. Nos. 27, 34, 49, 57, 69), and Defendant's Statements of Law and Replies to the Government's Responses (Doc. Nos. 47, 61, 82, 85), and in accordance with the Opinion of the Court issued this day, it is hereby **ORDERED** that Defendant's Pre-Trial Motions (Doc. Nos. 25, 26, 56, 70) are **DENIED**.[1]

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.

---

[1] At this time, the Docket in this case lists that only Defendant's Motion to Supplement (Doc. No. 56) is outstanding. Defendant has filed numerous Pre-Trial Motions, many of which the Court has previously denied or granted in part. Currently, Defendant has outstanding Motions referred to in Docket Numbers 25, 26, 56, and 70, all of which the Court is denying in this Order.