IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>LAMAR FIELDS,<br><br>                Defendant. | CRIMINAL ACTION<br>NO. 15-129 |

## ORDER

**AND NOW**, this 28th day of November 2017, upon consideration of Defendant Lamar Fields' Motion to Dismiss for Multiplicity (Doc. No. 219) and the Government's Response to Defendant's Motion for Multiplicity in which it represents that it is withdrawing Counts 2 to 7 of the Superseding Indictment (Doc. No. 231), it is **ORDERED** that Defendant's Motion to Dismiss for Multiplicity (Doc. No. 219) is **GRANTED** and that Counts 2 to 7 of the Superseding Indictment are **DISMISSED**.

                                                BY THE COURT:

                                                /s/ Joel H. Slomsky
                                                JOEL H. SLOMSKY, J.