IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CRIMINAL NO. 15-129 |
| LAMAR FIELDS | : | |

## JUDGMENT OF ACQUITTAL/NOT GUILTY

AND NOW, this 8th day of December, 2017, came the attorney for the government and the defendant being present with counsel, and

☐ The Court having granted the defendant's motion for judgment of acquittal as to: _____

☐ A jury has been waived, and the Court has found the defendant not guilty as to: _____

X The jury has returned its verdict, finding the defendant not guilty as to: COUNTS 10, 11, 12, 13.

**AND IT IS THEREFORE ORDERED** that Judgment in accordance with the above finding is hereby entered pursuant to Rule 32(b), Federal Rules of Criminal Procedure.

BY THE COURT:

*S/ Joel H. Slomsky*
JOEL H. SLOMSKY, J.

cc: U.S. Marshal
  Probation Office
  Counsel

12/8/17
Date
By Whom  MJH

Cr 1 (8/80)