IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> LAMAR FIELDS, <br><br>        Defendant. | CRIMINAL ACTION <br> NO. 15-129 |

## ORDER

**AND NOW**, this 15th day of December 2017, upon consideration of Defendant Lamar Fields' Motion to Suppress Evidence Obtained on March 29, 2013 (Doc. No. 149) and Motion to Suppress Blank Prescription Pads (Doc. No. 163), the Government's Responses in Opposition (Doc. Nos. 155 and 167) and Defendant's Replies to the Government's Responses (Doc. No. 175 and 208), and in accordance with the Opinion issued this day, it is **ORDERED** that the Motions (Doc. Nos. 149 and 163) are **DENIED**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.

1