IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>LAMAR FIELDS,<br><br>   Defendant. | CRIMINAL ACTION<br>NO. 15-129 |

**<u>ORDER</u>**

**AND NOW**, this 31st day of August 2021, upon consideration of Defendant's post-trial Motions (Doc. Nos. 359-69, 373, 376, 395-96, 405, 418, 423-24), the Government's corresponding Responses (Doc. Nos. 374, 406, 410, 430), Defendant's Replies (Doc. Nos. 403, 412-13, 419), and the parties supplemental memoranda (Doc. Nos. 422, 427), it is **ORDERED** that Defendant's post-trial Motions (Doc. Nos. 359, 360, 361, 362, 363, 364, 365, 366, 367, 368, 369, 373, 376, 395, 396, 405, 418, 423, 424) are **DENIED**.

BY THE COURT:


/s/ Joel H. Slomsky_____
JOEL H. SLOMSKY, J.