IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL ACTION |
| v. | NO. 15-129-1 |
| LAMAR FIELDS, | |
| Defendant. | |

# ORDER

**AND NOW**, this 13th day of January 2022, upon consideration of Defendant's Motion for Reconsideration Regarding Bail (Doc. No. 404), the Government's Response in Opposition (Doc. No. 406), Defendant's Reply (Doc. No. 413), Defendant's Motion for a Ruling on the Bail Motion (Doc. No. 459), the arguments of the parties at the hearing held on May 24, 2021, and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that the Motions (Doc. No. 404, 459) are **DENIED**.

BY THE COURT:

　　/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.

1