IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL ACTION |
| v. | NO. 15-129 |
| LAMAR FIELDS, | |
| Defendant. | |

# ORDER

**AND NOW**, this 10th day of April 2024, upon consideration of Defendant's Second Amended Post-Trial Omnibus Motion (Doc. No. 564), the Government's Response in Opposition (Doc. No. 552), Defendant's Reply (Doc. No. 565), and in accordance with the Opinion of the Court issued on this date, it is **ORDERED** that Defendant's Second Amended Post-Trial Omnibus Motion (Doc. No. 564) is **DENIED**. Accordingly, Defendant's request for a judgment of acquittal and/or a new trial pursuant to Federal Rules of Criminal Procedure 29 and 33 will not be granted.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.