IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>LAMAR FIELDS,<br>　　　　　　Defendant. | CRIMINAL ACTION<br>NO. 15-129 |

### ORDER DENYING DEFENDANT'S SECOND AMENDED POST-TRIAL OMNIBUS MOTION

**AND NOW**, this 10th day of April 2024, it is **ORDERED** that the Order entered on this date denying Defendant's Second Amended Post-Trial Omnibus Motion (Doc. No. 575) is **VACATED** and the following **ORDER** is entered to add language to the vacated Order that dismissal of the Superseding Indictment also will not be granted:

1. **AND NOW**, this 10th day of April 2024, upon consideration of Defendant's Second Amended Post-Trial Omnibus Motion (Doc. No. 564), the Government's Response in Opposition (Doc. No. 552), Defendant's Reply (Doc. No. 565), and in accordance with the Opinion of the Court issued on this date, it is **ORDERED** that Defendant's Second Amended Post-Trial Omnibus Motion (Doc. No. 564) is **DENIED**. Accordingly, Defendant's requests for a judgment of acquittal and/or a new trial pursuant to Federal Rules of Criminal Procedure 29 and 33 and dismissal of the Superseding Indictment will not be granted.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　/s/ Joel H. Slomsky, J.
　　　　　　　　　　　　　　　　　　　　　JOEL H. SLOMSKY, J.